# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 17, 2019**

SEAN F. McAVOY, CLERK

ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,

*Plaintiff*

v.

ROWENA TODD, an individual dba Vapehead Origins USA; GREGG TODD, an individual dba Vapehead Origins USA; and VAPEHEAD ORIGINS USA, LLC,

*Defendant*

Civil Action No. 4:18-CV-5022-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Third-Party Defendants' Motion to Dismiss (ECF No. 25) is GRANTED. Defendants' Third-Party Complaint (ECF No. 20 at 7) is DISMISSED with prejudice. Judgment of dismissal with prejudice is entered in favor of Third-Party Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion to to Dismiss (ECF No 25)

Date: 01/17/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates