# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2019

SEAN F. McAVOY, CLERK

ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,

*Plaintiff*

v.

ROWENA TODD, an individual, dba Vapehead Origins, USA; GREGG TODD, an individual, dba Vapehead Origins, USA; and VAPEHEAD ORIGINS, USA, LLC, a Washington limited liability company,

*Defendant*

Civil Action No. 4:18-CV-5022-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 27, is GRANTED.
Defendants' Cross-Motion for Summary Judgment, ECF No. 34, is DENIED.
Judgment is entered in favor of Plaintiff: the Plaintiff has no duty to defend Defendants in either the Corpuz action or the Cronin action under Coverage A, Coverage B, or Coverage C of the insurance policies issued by Plaintiff to Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for summary judgment.

Date: 1/24/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez